DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BOOGAART,** as Personal Representative of the Estate of
**JOHN BOOGAART,**
Appellant,

v.

**PSL REHABILITATION AND HEALTHCARE, LLC** d/b/a **PORT ST.
LUCIE REHABILITATION AND HEALTHCARE,**
Appellee.

No. 4D22-1331

[March 23, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562021CA000553.

Matthew T. Christ and Lindsey E. Gale of Domnick Cunningham & Whalen, Palm Beach Gardens, for appellant.

Lisa M. Munoz and Thomas E. Jablonski of Hall Booth Smith, P.C., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***